Motion

24/7 systems educationally

24/7 park opening and redaction of NPS most basic rules

permission to smoke, drink on any premises, panhandle and trespass with witness unverbal or nverbal consent (withdraw prohibition signs up to traffic changes if appl!)

basic needs provided free in all major stores advancing to minor ones

abolitionment of hospitals and educational post primary-state school establishments for admending partnership and legal criminal if not civil review on the basis of HPANlaw.

no drug/nutritional facts on products and cancellation of foods past 20 years of establishment including drugs